**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **FRANCISCO TORRES FUACHE** | **CASE NO.  6:20-CV-01160 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ERIK STEIGER, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Pursuant To Federal Rule 12(b)(1) filed by the Government [Rec. Doc. 8], be **GRANTED**, the Petition for Writ of Habeas Corpus be DISMISSED without prejudice and that this proceeding be terminated.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 8th day of February, 2021.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**